IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRM KAUAI, LLC; PETER R. MORRIS, </br></br>   Plaintiffs, </br></br> vs. </br></br> JAMES GIBSON; BANCENTRE CORP., </br></br>   Defendants. </br></br> and </br></br> PAHIO MARKETING, INC., </br></br>   Intervernor. </br> _____ | CV 14-00164 DKW-KSC </br></br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

  Findings and Recommendation having been filed and served on all parties on June 27, 2016, and no objections having been filed by any party,

  IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs PRM Kauai, LLC And Peter R. Morris'

Objections to Defendant James Gibson and Bancentre Corp.'s Bill of Costs, Filed June 1, 2016" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 15, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*PRM Kauai LLC, et al. v. James Gibson, et al.*; Civil No. 14-00164 DKW KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION